# DISTRICT COURT OF MARYLAND FOR

**COMPLAINT** ☐ $5,000 or under ☑ over $5,000 ☐ over $10,000

**LOCATED AT (COURT ADDRESS)**

100 West Patrick St
21701

Clerk: Please docket this case in an action of ☐ **contract** ☑ **tort**
☐ **replevin** ☐ **detinue.**

The particulars of this case are:

I have provided company police
reports concerning this account
and requested original signed
and dated contract with my
personal signature company has
not complied within 30 days
yet continue to report that of that account
ject to transunion in violation
of fair credit reporting act and
fair debt collection act on
equal credit opportunity act
causing me great harm

**CASE NO.**

**CV 1101-4250-2006**

**PARTIES**

**Plaintiff:**
Lorna Washington
6160 Exeter ct apt 105.
Frederick Md 21703

**VS.**

**Defendant(s):**
1. Wash Mutual
P.O Box 660490
Dallas TX 75266

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

2.

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3.

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4.

Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

**(See Continuation Sheet)**
☐ Legal
☐ Contractual _____%

The Plaintiff claims $5,000
☐ $ 5,000.00 plus interest of $ 0 and
attorney's fees of $ 0 plus court costs.
☐ Return of the property and damages of $ _____
for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of
$ _____ for its detention in action of detinue.
☐ Other:
and demands judgment for relief.

Lorna Washington
**Signature of Plaintiff/Attorney/Attorney Code**

Telephone Number: 301 695-8179

**ATTORNEYS**

**For Plaintiff - Name, Address, Telephone Number & Code** Pro Se
Lorna Washington
6160 Exeter ct apt 105
Frederick Md 21703

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest work sheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to

**(Owner/Partner/Agent/Officer)**

the matters stated herein, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
☐ That _____

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters. The Defendant is not now in the military service, as defined in the Servicemembers Civil Relief Act.

12/19/06
**Date**

Lorna Washington
**Signature of Affiant**