**EXHIBIT A**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 AUG -8  P 12:14

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LORNA WASHINGTON                    *

    Plaintiff                        *

v.                                  Civil Action No.: 1:07-cv-169

WASHINGTON MUTUAL BANK

    Defendant

    *

Case 1:07-cv-00169-RDB   Document 17   Filed 08/08/2007   Page 1 of 1

### STIPULATION OF DISMISSAL

Plaintiff Lorna Washington ("Plaintiff"), and Defendant Washington Mutual Bank ("Defendant"), by its undersigned counsel, and pursuant to Fed. Rule Civ. Pro. 41, hereby stipulate and agree that this action is dismissed with prejudice.

Respectfully submitted,

/s/
_____
Robert A. Scott (#24613)
Lisa M. Welsh (#26271)
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 18th floor
Baltimore, Maryland 21202
(410) 528-5600
welshl@ballardspahr.com
Attorneys for Defendant Washington Mutual Bank

_____
Lorna Washington
6960 Exeter Court
Apartment 105
Frederick, Maryland 21703
*Pro se* Plaintiff

APPROVED, this 8th day of Aug., 2007.

_____
Richard D. Bennett
United States District Judge